# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

MAURICE J. VERRILLO, ESQ.
LUCY A. BRADO, ESQ.

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website:   www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone:   (585) 232-2640
Fax:     (585) 232-2647

E-mail:  office@verrillolaw.com

January 26, 2024

Hon. Marian W. Payson
United States District Court
100 State Street
Rochester, New York 14614

Re: United States v. Timothy Jackson Jr.
    Case No. 24-MJ-4013

Dear Judge Payson:

In anticipation of our detention hearing, I wanted to inform the Court of the bail proposal made by Timothy Jackson Sr., on behalf of his son, Timothy Jackson Jr.

There are three rental properties which the defendant's father wishes to post as bail:

| | | |
|---|---|---|
| A. 32 Harvest Street, Rochester New York | Assessed Value | $53,800.00 |
| B. 49 Angle Street, Rochester New York | Assessed Value | $47,800.00 |
| C. 19 Angle Street, Rochester New York | Assessed Value | $55,000.00 |
| | Total | $156,600.00 |

We are proposing that a property bond be granted, secured by the above-referenced properties as a term of the conditions for Mr. Jackson's release.

I anticipate Timothy Jackson Sr. to be present in court on Monday to answer any questions that Your Honor may have for him relative to the property bond.

Thank you for your consideration.

Very truly yours,

*Maurice Verrillo*

Maurice J. Verrillo
pc: AUSA Robert Marangola via e-filing
    Mr. Timothy Jackson Jr.

PLEASE NOTE NEW ADDRESS