AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JAVIER DAVILA a/k/a "Javi"**<br>*Defendant* | Case No. 24-MJ- 4013 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **JAVIER DAVILA a/k/a "Javi"**, who is accused of offenses or violations based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In or about 2021 to January 17, 2024, in the County of Monroe, in the Western District of New York, the defendant, **JAVIER DAVILA a/k/a "Javi"**, did knowingly and unlawfully conspire to possess with intent to distribute and distribute 5 kilograms or more of cocaine and/or 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846 and knowingly and unlawfully possessed a firearm in furtherance of drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Date: January 22, 2024 at 2:30 p.m.

_Marian W. Payson_
*Issuing officer's signature*

City and State: Rochester, New York

HON. MARIAN W. PAYSON, U.S.M.J.
*Printed name and Title*

---

### Return

This warrant was received on (date) 1-22-24, and the person was arrested on (date) 1-23-24,
at (city and state) Rochester, NY.

Date: 1-23-24

*Arresting officer's signature*

SA Sean Krumholz
*Printed name and title*