AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

AMARILIS DIAZ a/k/a "Amy"

_Defendant_

Case No. 24-MJ- 4013

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **AMARILIS DIAZ a/k/a "Amy"**, who is accused of offenses or violations based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In or about 2021 to January 17, 2024, in the County of Monroe, in the Western District of New York, the defendant, **AMARILIS DIAZ a/k/a "Amy"**, did knowingly and unlawfully conspire to possess with intent to distribute and distribute 5 kilograms or more of cocaine and/or 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846.

Date: January 22, 2024 at 2:30 p.m.

_Marian W. Payson_
_Issuing officer's signature_

City and State: Rochester, New York

HON. MARIAN W. PAYSON, U.S.M.J.
_Printed name and Title_

### Return

This warrant was received on (date) 1-22-24, and the person was arrested on (date) 1-22-24,
at (city and state) Rochester, NY.

Date: 1-22-24

_Arresting officer's signature_

SA Sean Krumholz
_Printed name and title_