AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**TIMOTHY JACKSON JR. a/k/a "T", "T-Rock"**

_Defendant_

Case No. 24-MJ- 4013

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **TIMOTHY JACKSON JR. a/k/a "T", "T-Rock"**, who is accused of offenses or violations based on the following document filed with the Court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

In or about 2021 to January 17, 2024, in the County of Monroe, in the Western District of New York, the defendant, **TIMOTHY JACKSON JR. a/k/a "T", "T-Rock"**, did knowingly and unlawfully conspire to possess with intent to distribute and distribute 5 kilograms or more of cocaine and/or 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846; and knowingly and unlawfully possessed a firearm in furtherance of drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A); and did knowingly and unlawfully possess a firearm and/or ammunition as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

Date: _January 22, 2024 at 2:30 p.m._

_Marian W. Payson_
_Issuing officer's signature_

City and State: _Rochester, New York_

HON. MARIAN W. PAYSON, U.S.M.J.
_Printed name and Title_

### Return

This warrant was received on (date) _1-22-24_, and the person was arrested on (date) _1-22-24_,
at (city and state) _Rochester, NY_

Date: _1-22-24_

_Arresting officer's signature_

_SA Sean Brumholt_
_Printed name and title_