*BAD FID*

*9925234*

AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**GARY FULLER a/k/a "G"**

*Defendant*

Case No. 24-MJ- 4013

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **GARY FULLER a/k/a "G"**, who is accused of offenses or violations based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

In or about 2021 to January 17, 2024, in the County of Monroe, in the Western District of New York, the defendant, **GARY FULLER a/k/a "G"**, did knowingly and unlawfully conspire to possess with intent to distribute and distribute 5 kilograms or more of cocaine and/or 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846; and knowingly and unlawfully possessed a firearm in furtherance of drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A); and did knowingly and unlawfully possess a firearm and/or ammunition as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

Date:  January 22 , 2024 at 2:30 p.m.

         *Marian W. Payson*
           *Issuing officer's signature*

City and State:  Rochester, New York

       HON. MARIAN W. PAYSON, U.S.M.J.
          *Printed name and Title*

| Return |
|---|
| This warrant was received on (date) 1-22-24 , and the person was arrested on (date) 1-22-24 , at (city and state) Rochester, NY . |
| Date: 1-22-24             *Arresting officer's signature* |
|         SA Sean Krumholz |
|          *Printed name and title* |