# JOHN C. PUTNEY
### ATTORNEY AT LAW

149 MAIN STREET
PO BOX 177
DANSVILLE, NEW YORK 14437

(585) 335-2205
Fax (585) 335-9233
john@jcputneylaw.com

KELLY DONOHUE BURNS
kjdonohu@rochester.rr.com

ROBERT J. KANE
(1921-2002)

April 2, 2024

Hon. Marian W. Payson
U.S. Magistrate Judge
100 State Street
Rochester, NY 14614

Re: US v Donde Lindsay
Case No. 24-MJ-4013

Dear Judge Payson:

I am requesting a 2 week adjournment so that I can complete downloading and reviewing the extensive amount of discovery that I have received to date and to share it with my client.

The time would be chargeable to the defense.

Very truly yours,

John C. Putney

c: Robert A. Marangola, AUSA