# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

April 18, 2024

Hon. Marian W. Payson  
United States District Court Magistrate  
100 State Street  
Rochester, NY 14614

*Via Email: payson@nywd.uscourts.gov*

RE: USA -vs- Radhames Candelario-Lopez  
Case No.: 24-MJ-4013

Dear Judge Payson:

The above matter is scheduled before Your Honor on Monday, April 29, 2024, at 2:00 p.m. I am requesting the matter to be adjourned as I will be out of the office April 29 through May 2, 2024. Mr. Candelario-Lopez joins in my request for this adjournment. I do not believe Robert Marangola, AUSA, has any objection to the requested adjournment.

We move to exclude time in the interest of justice until the next court.

Please be advised I am available May 6, 2024, in the afternoon.

Thank you for your courtesies. If you have any questions, please contact me.

Very truly yours,

Michael P. Schiano

MPS:srt

cc: Robert Marangola, AUSA (Via Email: robert.marangola@usdoj.gov)