UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

RADHAMES CANDELARIO-LOPEZ,

          Defendant.
_____

ORDER

Case No. 24-mj-4013

The motion for an adjournment is granted. (Docket #    ). The status conference shall be adjourned until  5/6/24  , at  1:30pm . *Defendant reserves his rights to a detention hearing and preliminary hearing.*

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time ~~to continue plea negotiations with the government and~~ to *confer with and* obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                              _Marian W Payson_
                                              MARIAN W. PAYSON
                                              United States Magistrate Judge

Dated: Rochester, New York
          april 19    , 2024