UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

-v-

24-MJ-4013

JAVIER DAVILA a/k/a "Javi"

                     Defendant.
_____

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

      The Petition of the United States Attorney for the Western District of New York respectfully states:

      The defendant, **JAVIER DAVILA a/k/a "Javi"**, was involved in crimes against the United States, a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(c)(1)(A).  He is incarcerated at the Monroe County Jail in Rochester, New York.  His presence is required in the United States District Court at Rochester, New York, for status.

      WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take said defendant into custody and bring him before the United States District

Court, City of Rochester, New York, on April 22, 2024, at 9:30 a.m. Thereafter, said defendant is to be returned to his place of confinement.

DATED: Rochester, New York, April 19, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

By:   s/Robert A. Marangola
       ROBERT A. MARANGOLA
       Assistant U.S. Attorney
       United States Attorney's Office
       Western District of New York
       500 Federal Building
       100 State Street
       Rochester, New York 14614
       (585) 399-3980

IT IS SO ORDERED:

*Marian W. Payson*
HONORABLE MARIAN W. PAYSON
United States Magistrate Court Judge

DATED: April 19, 2024.