UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FELICIA COLLINS,

        Defendant.

ORDER

Case No. 24-mj-4013

---

By emails dated 4/21/24, defense counsel requested a two-week adjournment. The motion for an adjournment is granted. ~~(Docket # )~~. The status conference shall be adjourned until 5/7/24, at 9:30am

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to confer with counsel and ~~continue plea negotiations with the government and~~ to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                                              MARIAN W. PAYSON
                                                              United States Magistrate Judge

Dated: Rochester, New York
        April 22, 2024