# OSBORN REED & BURKE|LLP



April 22, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614



John J. Gilsenan
(585) 263-9550
jjg@orblaw.com

    Re:    United States v Donde Lindsay
              6:24-mj-04013

Dear Judge Payson:

    I'm writing to request a two-week adjournment of Mr. Lindsay's detention hearing scheduled for tomorrow afternoon. The government does not object. Mr. Lindsay wanted to adjourn the hearing to give me additional time to finish reviewing the government's discovery production and to continue plea discussions.

    Thank you for your consideration.

                      Respectfully,

                      /s/ JOHN J. GILSENAN

                      John J. Gilsenan

JJG/clg

Jeffrey L. Turner
Aimée LaFever Koch
Michael C. Pretsch

Vincent M. Ferrero
Kevin D. Walsh
John J. Gilsenan

Thomas C. Burke (1939-2017)
John C. Osborn (1923-2013)
James A. Reed (1930-2008)

*Handwritten order:* Request granted. The reopened detention hearing is adjourned until 5/8/24 at 2pm. Time is automatically excluded from the Speedy Trial Act under 18 USC § 3161(h)(1)(D) due to the continued pendency of the government's detention motion. SO ORDERED. Marian W. Payson, USMJ 4/23/24