**RECEIVED**

MAY - 3 2024

MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

**DAVID R. MORABITO**
Attorney at Law
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496



April 30, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614

Re:  USA vs Javier Davila
     24-MJ-4013

Dear Judge Payson:

For the past three (3) months I have been reviewing very extensive discovery involving wiretaps, transcripts of wiretaps, surveillance etc.

Would you be so kind as to allow me to communicate with the United States Court of Appeals-Second Circuit in regard to a potential mega-budgeting case. *DRM*

If you have any questions whatsoever, please contact me at your convenience. Thank you.

Sincerely,

David R. Morabito

DRM/sms

*Mr. Morabito may speak to the CJA budgeting attorney for the Second Circuit regarding whether this case qualifies for mega-case budgeting and, if so, to prepare a budget.*

*SO ORDERED*
*Marian W Payson*
*USMJ*
*5/3/24*