UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                                      CASE NO. 6:24-mj-040133 (MWP)

DONDE LINDSAY,

                Defendant.

---

## DEFENDANT'S FIRST DETENTION HEARING WITNESS LIST

1. **Investigator Zachary Hudgins**, Ontario County Sheriff's Office: To describe the circumstances of alleged controlled narcotics purchases that undermine the strength of the pending 18 U.S.C. § 924 (c) charge to rebut the presumption under 18 U.S.C. § 3142 (e) (3) (B).

2. **Investigator Samuel Colburn**, Ontario County Sheriff's Office: To describe the circumstances of alleged controlled narcotics purchases that undermine the strength of the pending 18 U.S.C. § 924 (c) charge to rebut the presumption under 18 U.S.C. § 3142 (e) (3) (B).

Defendant reserves the right to supplement this Witness List prior to the detention hearing.

DATED: May 6, 2024                            Respectfully Submitted,

                                                                    /s/ JOHN J. GILSENAN

                                                                      John J. Gilsenan
                                                                      Osborn Reed & Burke LLP
                                                                      120 Allens Creek Road
                                                                      Rochester, NY 14618
                                                                      Office: (585) 454-6480
                                                                      Cell: (585) 210-8309
                                                                      jjg@orblaw.com

cc:    Asst. U.S. Attorney Robert Marangola
        ***VIA ECF***