UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONDE LINDSAY,

        Defendant.

---

ORDER

Case No. 24-mj-4013

The motion for an adjournment is granted. (Docket # 104). The detention hearing and status conference shall be adjourned until 6/17/24, at 3 pm. Defendant reserves his right to a preliminary hearing.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                                                    _Marian W Payson_
                                                                   MARIAN W. PAYSON
                                                           United States Magistrate Judge

Dated: Rochester, New York
          May 7, 2024