UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                                                                       24-MJ-4013

JAVIER DAVILA a/k/a "Javi"

Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO: CHARLES F. SALINA, United States Marshal, Western District of New York, or his Deputies or Designees (including state or local Law Enforcement Officers); and any Federal Law Enforcement Officer

GREETINGS:

YOU ARE HEREBY COMMANDED to produce the body of **JAVIER DAVILA a/k/a "Javi"**, now detained in the Monroe County Jail, at Rochester, New York, before the Honorable Marian W. Payson, District Judge, United States District Court, in and for the Western District of New York at the United States Courthouse in the City of Rochester, New York, on April 22, 2024, at 9:30 a.m. for status. Thereafter, said defendant is to be returned to his to his place of confinement.

WITNESS, the Clerk of the Court for the Western District of New York, at Rochester, New York, on April 19th, 2024.

MARSHALS RETURN
I HAVE PARTIALLY/FINALLY EXECUTED
THIS  WHCAP  BY TAKING CUSTODY
OF THE WITHIN NAMED  Inmate
AT  MCJ  ON  4-22-24
AND DELIVERING  11:m  TO  Court
FOR FURTHER TRANSFER TO
MCJ
C. Salina
US MARSHAL
BY  R. McCoy
DUSM WDNY

MARY C. LOEWENGUTH, CLERK
United States District Court
Western District of New York