UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AMARILIS DIAZ,

        Defendant.

ORDER

Case No. 24-mj-4013

---

The motion for an adjournment is granted. (Docket #109). The status conference shall be adjourned until 5/29/24, at 1:30pm in the event that the anticipated plea does not take place prior to that time. At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to effectuate the terms of the plea agreement reached with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                                              Marian W. Payson
                                                              MARIAN W. PAYSON
                                                              United States Magistrate Judge

Dated: Rochester, New York
          May 20, 2024