UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CANDELARIO-LOPEZ,

        Defendant.

ORDER

Case No. 24-mj-4013

---

The motion for an adjournment is granted. (Docket #   ). The status conference shall be adjourned until 6/20/24, at 1:45 pm

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to have the continued assistance of counsel and to continue plea negotiations with the government.

IT IS SO ORDERED.

_____
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
May 20, 2024