# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

MAURICE J. VERRILLO, ESQ.
LUCY A. BRADO, ESQ.

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website: www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone: (585) 232-2640
Fax: (585) 232-2647

E-mail: office@verrillolaw.com

May 27, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

SENT VIA E-FILING

Re: United States v. Timothy Jackson Jr.
    Case No. 24-MJ-4013

Dear Judge Payson:

I am respectfully requesting a 45 day adjournment of our status conference set for May 29th.

I was recently informed that the government has some additional discovery to provide which will require an external drive. I am planning to have the external drive dropped off to AUSA Marangola for copying. My client is incarcerated in the Monroe County Jail which increases the amount of time needed to review the materials with Mr. Jackson.

I have communicated with AUSA Marangola and I understand that he does not object to this request. I further consent to the exclusion of time associated with the adjournment for Speedy Trial purposes.

Thank you for your consideration.

Very truly yours,

Maurice J. Verrillo
pc: Robert Marangola, AUSA via e-filing
    Mr. Timothy Jackson Jr. via regular mail

PLEASE NOTE NEW ADDRESS