UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JACKSON,

    Defendant.

ORDER

Case No. 24-mj-4013

---

The motion for an adjournment is granted. (Docket #114). The status conference shall be adjourned until 7/11/24, at 9:30am  Defendant reserves his right to a preliminary hearing.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to review discovery ~~continue plea negotiations with the government~~ and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

_____
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
    May 28, 2024