**DAVID R. MORABITO**
Attorney at Law
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496

May 30, 2024

Hon. Marian W. Payson
U.S. Magistrate Judge
100 State Street
Rochester, NY 14614

Re:  USA v Davila
     24-MJ-4013

Dear Judge Payson:

    Please be advised that I have communicated with my client on today's date and he is not opposed adjourning this matter for approximately 45 days. We would respectfully request that his rights to request a detention hearing and/or preliminary hearing be preserved.

    Mr. Davila was advised that it is necessary to address his bail status in state courts. I will be speaking to James Vacca, Esq. who has been assigned to represent Mr. Davila on all state charges.

    Further, AUSA Marangola is not opposed to this adjournment. Additionally, the Defendant will be waiving all speedy trial time until the next court date. Thank you.

Sincerely,

*[signature]*

David R. Morabito

DRM/sms