UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

  v.

DAVILA,

           Defendant.

ORDER

Case No. 24-MJ-4013

---

    The motion for an adjournment is granted. (Docket # 118. The status conference shall be adjourned until 7/11/24, at 1:30pm. *Defendant reserves his right to a detention hearing and preliminary hearing but does not ask that either be scheduled at this time.*

    At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

                                                            MARIAN W. PAYSON
                                                            United States Magistrate Judge

Dated: Rochester, New York
          May 30, 2024