# SIGÜENZA LAW OFFICES

| | |
|---|---|
| 45 Exchange Blvd 4th Floor | 460 Old Post Road |
| Rochester, NY 14614 | Bedford, NY 10506 |
| Ph. 585.749-2480 | Ph. 914.588-2839 |

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614

RE:   United States v. Gary Fuller 6:24-mj-04013-MWP

Dear Judge Payson,

I am respectfully requesting a thirty-day adjournment of the status conference scheduled for June 17, 2024. Additionally, upon conversations with my client we would not be requesting a detention hearing at this time.

The basis of my request is to allow time for continued plea negotiation and review of voluminous discovery which we have received. It is my understanding that Mr. Marangola would not oppose this request.

Last, we would request that the time from June 17, 2024, until the next scheduled Court date be excluded in the interest of justice under 18 USC section 3161 based on the fact that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in a pretrial disposition.

Respectfully submitted,

Teodoro X. Sigüenza

TS/rs
Enc