**ROBERT W. WOOD**
Attorney & Counselor at Law
2080 Ridge Road West
Rochester, New York 14626
Office: 585-227-9830

Facsimile: 585-227-6145
Email: Robertwoodatty@yahoo.com
(Not for Service)

*FILED JUN 17 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

June 13, 2024
**Email Only**

The Honorable Marian W. Payson
U. S. Magistrate Judge
2310 U. S. Courthouse
100 State Street
Rochester, New York 14614

Re: United States v. Shamar Anderson
24-MJ-4013

Dear Judge Payson,

In the above matter we have reached an agreement regarding a plea and are in the process of obtaining a plea date sometime around June 20th with Judge Geraci. We are therefore requesting that the court date scheduled for June 17th be adjourned without appearance of the parties for approximately 30 days to report that the plea has been accomplished, or otherwise appear before your honor. We move to exclude the time under the Speedy Trial Act for this purpose thank you.

Respectfully,

*[signature]*

ROBERT W. WOOD

C: Robert Marangola, Esq. (Email Only)
   Asst. U.S. Atty