UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

ANDERSON,

              Defendant.
_____

ORDER

Case No. 24-mj-4013

       The motion for an adjournment is granted. (Docket # 122). The status conference shall be adjourned until __7/17/24__, at __9:30am in the event that the anticipated plea has not take place prior to that time.__ At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to effectuate the terms of the plea agreement reached with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                                _____
                                                MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated: Rochester, New York
          __June 17__, 2024