UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RADHAMES CANDELARIO-LOPEZ,

    Defendant.

---

ORDER

Case No. 24-MJ-4013

The motion for an adjournment is granted.  (Docket # 124).  The status conference shall be adjourned until __7/10/24__, at __12:00pm In the event that the plea scheduled for 7/10/24 at 10:30 has not taken place by that time.__  At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to effectuate the terms of the plea agreement reached with the government and to obtain the continued assistance of counsel. Defendant reserves his right to a detention hearing.

**IT IS SO ORDERED.**

_Marian W. Payson_
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
    __June 17__, 2024