UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

DONDE LINDSAY,

                              Defendant.

_____

                  MOTION SCHEDULING ORDER

                  24-MJ-4013

        A motion for reconsideration of the order granting the government's motion to stay decision denying detention (Docket # 133) having been filed on June 25, 2024, by defendant in the above-captioned case, it is hereby

        ORDERED, that the government shall file and serve any responding papers submitted in connection with this motion on or before **12:00 p.m. on June 27, 2024, with a courtesy copy of such filing to be provided to the Court**; and it is further

        ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

        ORDERED, that upon the filing of any responsive papers, the Court will take the motion under advisement and schedule oral argument at its convenience, if necessary.

**IT IS SO ORDERED.**

                            *s/Marian W. Payson*
                            MARIAN W. PAYSON
                      United States Magistrate Judge

Dated: Rochester, New York
       June 26, 2024