UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

        v.

RADHAMES CANDELARIO-LOPEZ,

                          Defendant.
_____

ORDER

24-MJ-4013

On June 25, 2024, this Court received an emailed letter from counsel for defendant requesting that the defendant be permitted to attend a graveside service for a relative on June 29, 2024. As this Court advised counsel by email on June 25, 2024, counsel may request that this Court schedule a hearing this week on the government's motion for detention, which, to date, the defendant has asked the Court to defer scheduling or may contact the U.S. Marshals Service to inquire about making arrangements to transport and accompany the defendant to the service, with the costs to be borne by the defendant.

**IT IS SO ORDERED.**

                                                        _____
                                                          MARIAN W. PAYSON
                                                   United States Magistrate Judge

Dated: Rochester, New York
       June 26, 2024