UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWNLEE McCLARY,

        Defendant.

ORDER

Case No. 24-MJ-4013

---

The motion for an adjournment is granted. (Docket #    ). The status conference shall be adjourned until __8/13/24__, at __9:30 am__ Defendant reserves his right to a detention hearing and preliminary hearing.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue reviewing discovery and to consider exploring plea negotiations with the government and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

                                                              *Marian W. Payson*
                                                          MARIAN W. PAYSON
                                                          United States Magistrate Judge

Dated: Rochester, New York
       __June 28__, 2024

[FILED JUN 28 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]