# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| **MAURICE J. VERRILLO, ESQ.** | | 3300 Monroe Avenue, Suite 301 |
| **LUCY A. BRADO, ESQ.** | | Rochester, NY 14618 |
| | | |
| MAGGIE C. MALOY, LEGAL ASSISTANT | | Phone: (585) 232-2640 |
| SONYA E. VERRILLO, OFFICE MANAGER | | Fax: (585) 232-2647 |
| Website: www.verrillolaw.com | July 8, 2024 | E-mail: office@verrillolaw.com |

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street           SENT VIA E-FILING
Rochester, New York 14614

Re: United States v. Timothy Jackson Jr.
    Case No. 24-MJ-4013

Dear Judge Payson:

I am respectfully requesting a 45 day adjournment of our status conference set for July 11th.

I have received an extensive amount of audio tapes, transcripts, pole camera excerpts, and other discovery from the government. I have met with my client and will need additional time to review this extensive amount of discovery. Mr. Jackson is detained and I would like to have sufficient time to review the materials with my client as a part of our assessment of this case.

I have communicated with AUSA Marangola and I understand that he does not object to this request. I further consent to the exclusion of time associated with the adjournment for Speedy Trial purposes.

Thank you for your consideration.

Very truly yours,


    /s/ Maurice J. Verrillo


Maurice J. Verrillo
pc: Robert Marangola, AUSA via e-filing
    Mr. Timothy Jackson Jr. via regular mail



PLEASE NOTE NEW ADDRESS