# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

*FILED JUL 09 2024 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

July 9, 2024

Hon. Marian W. Payson
United States District Court Magistrate
100 State Street
Rochester, NY 14614

*Via Email: payson@nywd.uscourts.gov*

RE:  USA -vs- Radhames Candelario-Lopez
     Case No.: 24-MJ-4013

Dear Judge Payson:

The above matter is scheduled before Your Honor for Wednesday, July 10, 2024, at 12:00 p.m. I have been out-of-the office on vacation and have not had the opportunity to review the Plea Agreement with my client and have requested an adjournment of the Plea. As such, I am respectfully requesting a three (3) week adjournment. Mr. Candelario-Lopez joins in my request for this adjournment. I do not believe Robert Marangola, AUSA, has any objection to the requested adjournment.

We move to exclude time in the interest of justice until the next court date as the parties work toward a resolution.

Thank you for your courtesies. If you have any questions, please contact me.

Very truly yours,

Michael P. Schiano

MPS:sjs

cc:  Robert Marangola, AUSA (Via Email: robert.marangola@usdoj.gov)