UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-                                                                          24-MJ-4013

**JAVIER DAVILA a/k/a "Javi"**

Defendant.

---

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, **JAVIER DAVILA a/k/a "Javi"**, was involved in crimes against the United States, a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(c)(1)(A). He is incarcerated at the Monroe County Jail in Rochester, New York. His presence is required in the United States District Court at Rochester, New York, for status.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take said defendant into custody and bring him before the United States District

Court, City of Rochester, New York, on July 16, 2024, at 11:30 a.m. Thereafter, said defendant is to be returned to his place of confinement.

DATED: Rochester, New York, July 12, 2024.

                                          TRINI E. ROSS
                                          United States Attorney

By:   <u>s/Robert A. Marangola</u>
        ROBERT A. MARANGOLA
        Assistant U.S. Attorney
        United States Attorney's Office
        Western District of New York
        500 Federal Building
        100 State Street
        Rochester, New York 14614
        (585) 399-3980

IT IS SO ORDERED:

*Marian W. Payson*
HONORABLE MARIAN W. PAYSON
United States Magistrate Court Judge

DATED: July 12, 2024.