# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

August 15, 2024

Hon. Marian W. Payson      *Via Email:*   *payson@nywd.uscourts.gov*
United States District Court Magistrate     *lisa_duque@nywd.uscourts.gov*
100 State Street
Rochester, NY 14614

**RE:**    **USA -vs- Radhames Candelario-Lopez**
         **Case No.: 24-MJ-4013**

Dear Judge Payson:

The above matter is scheduled before Your Honor for Tuesday, August 20, 2024, at 9:30 a.m. for a status conference. The Plea before Judge Geraci has been adjourned to August 29, 2024, at 10:00 a.m. As such, I am respectfully requesting an adjournment until after August 29, 2024. Mr. Candelario-Lopez joins in my request for this adjournment. Robert Marangola, AUSA, has no objection to the requested adjournment.

We move to exclude time in the interest of justice until the next court date as the parties work toward a resolution.

Thank you for your courtesies. If you have any questions, please contact me.

Very truly yours,

Michael P. Schiano

MPS:sjs

cc:    Robert Marangola, AUSA (Via Email: robert.marangola@usdoj.gov)