UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RADHAMES CANDELARIO-LOPEZ,

        Defendant.

ORDER

24-MJ-4013

---

The motion for an adjournment is granted. (Docket # 167). The status conference shall be adjourned until **August 29, 2024**, at **12:00 p.m.** Defendant reserves his right to a detention hearing.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to effectuate the terms of the plea agreement reached with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

        *s/Marian W. Payson*
        MARIAN W. PAYSON
        United States Magistrate Judge

Dated: Rochester, New York
       August 15, 2024