# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

MAURICE J. VERRILLO, ESQ.
LUCY A. BRADO, ESQ.

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website:   www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone:   (585) 232-2640
Fax:      (585) 232-2647

E-mail:   office@verrillolaw.com

August 19, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

SENT VIA E-FILING

Re: United States v. Timothy Jackson Jr.
    Case No. 24-MJ-4013

Dear Judge Payson:

I am respectfully requesting a 45 day adjournment of our status conference set for August 22nd.

I have received an extensive amount of audio tapes, transcripts, pole camera excerpts, and other discovery from the government. I have met and continue to meet with my client and will need additional time to review this extensive amount of discovery. Although there are a number of transcripts, some recordings were not transcribed which will entail further work ascertaining the relevance of each audio recording. Mr. Jackson is detained and I would like to have sufficient time to continue to review the materials with my client as a part of our assessment of this case.

I have communicated with AUSA Marangola and I understand that he does not object to this request. I further consent to the exclusion of time associated with the adjournment for Speedy Trial purposes.

Thank you for your consideration.

Very truly yours,


/s/ Maurice J. Verrillo


Maurice J. Verrillo
pc: Robert Marangola, AUSA via e-filing
    Mr. Timothy Jackson Jr. via regular mail

PLEASE NOTE NEW ADDRESS