UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY JACKSON

        Defendant.

ORDER

Case No. 24-mj-4013

---

The motion for an adjournment is granted. (Docket #169). The status conference shall be adjourned until 10/3/24, at 9:30am.

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to review the voluminous discovery produced by the government and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

                                                  *Marian W. Payson*
                                                  MARIAN W. PAYSON
                                                  United States Magistrate Judge

Dated: Rochester, New York
       Aug. 20, 2024