## SIGÜENZA LAW OFFICES

45 Exchange Blvd 4th Floor  
Rochester, NY 14614  
Ph. 585.749-2480

460 Old Post Road  
Bedford, NY 10506  
Ph. 914.588-2839

Hon. Marian W. Payson  
United States Magistrate Judge  
100 State Street  
Rochester, NY 14614

RE:   United States v. Gary Fuller 6:24-mj-04013-MWP

Dear Judge Payson,

I am respectfully requesting a thirty-day adjournment of the status conference scheduled for August 27, 2024. Additionally, upon conversations with my client we would not be requesting a detention hearing at this time.

The basis of my request is to allow time for continued plea negotiation and review of voluminous discovery which we have received. It is my understanding that Mr. Marangola would not oppose this request.

Last, we would request that the time from August 27, 2024, until the next scheduled Court date be excluded in the interest of justice under 18 USC section 3161 based on the fact that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in a pretrial disposition.

Respectfully submitted,

Teodoro X. Sigüenza

TS/rs  
Enc