

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                              24-MJ-4013-MWP

-v-

JAVIER DAVILA,

                Defendant.

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

        The Petition of the United States Attorney for the Western District of New York respectfully states:

        1.    The defendant, JAVIER DAVILA, was involved in a crime against the United States, violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c)(1)(A). He is incarcerated at the Monroe County Jail in Rochester, New York. His presence is required in the United States District Court at Rochester, New York, for a status conference.

        WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal to take said JAVIER DAVILA, into his custody and bring him before the Honorable Marian W. Payson, United

States Magistrate Judge at the United States Courthouse, City of Rochester, New York, on the **28th day of August, 2024, at 9:00 a.m.** of that day, thereafter said JAVIER DAVILA, is to be:

    __X__ returned to his place of confinement.

    _____ retained in federal custody.

DATED:    Rochester, New York, August 23, 2024.

    Respectfully submitted,

    TRINI E. ROSS
    United States Attorney
    Western District of New York

    s/ *Robert A. Marangola*
BY:    ROBERT A. MARANGOLA
    Assistant United States Attorney
    United States Attorney's Office
    Western District of New York
    100 State Street, Suite 500
    Rochester, New York 14614
    (585) 263-6760
    Robert.Marangola@usdoj.gov

IT IS SO ORDERED:

*Marian W. Payson*
HON. MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

DATED:  August __23__, 2024.