UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAVIER DAVILA,

        Defendant.

ORDER

Case No. 24-mj-4013
~~22-CR-6083~~

---

The motion for an adjournment is granted. (Docket # ). The status conference shall be adjourned until __9/5__, at __9:30am in the event that the anticipated plea does not occur prior to that time.__ At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to effectuate the terms of the plea agreement reached with the government and to obtain the continued assistance of counsel.

**IT IS SO ORDERED.**

                                        *Marian W Payson*
                                        MARIAN W. PAYSON
                                        United States Magistrate Judge

Dated: Rochester, New York
      __8/27__, 2024