

September 9, 2024

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

    **Re: United States v. Shawnle McClary**
        24-MJ-4013

Dear Judge Payson:

    I represent Shawn McClary with respect to the above-referenced case. We are scheduled to appear before Your Honor tomorrow, September 10, for purposes of a status conference and request for a detention hearing. I am respectfully requesting an adjournment of this appearance for an additional 30 days, reserving the right to request a detention hearing in the future for the purpose of continuing to review discovery. I have discussed this request with my client and he agrees to the same. I am asking that the time between now and the next scheduled date be excluded as Mr. McClary and I both believe it is in his best interests to continue to review the discovery provided by the government.

    Please advise if this request is acceptable and what new date may be available. Thank you for your consideration.

                                              Sincerely,

                                              Gregory Colavecchia

cc:    Rob Marangola, Esq.

LAW OFFICE OF ROBERT KING, PLLC

Robert King, Esq.  |  Gregory Colavecchia, Esq.  |  Jeremiah King, Esq.  |  Sareer A. Fazili Esq.

650 Clinton Square
Rochester, NY 14604
585.270.8882
Fax: 585.252.4604

2123 Route 14 N
Suite 400
Geneva, NY 14456
315.325.4885

60 Presidential Plaza
Suite 210
Syracuse, NY 13202
315.544.5538