

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                                                                     24-MJ-4013-FPG

-v-

JAVIER DAVILA,

                  Defendant.
_____

### PETITION AND ORDER FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

        The Petition of the United States Attorney for the Western District of New York respectfully states:

        1.    The defendant, JAVIER DAVILA, was involved in a crime against the United States, violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 924(c)(1)(A).  He is incarcerated at the Monroe County Jail in Rochester, New York.  His presence is required in the United States District Court at Rochester, New York, for a plea hearing.

        WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal to take said JAVIER DAVILA, into his custody and bring him before the Honorable Frank P. Geraci, Jr., United

States District Judge at the United States Courthouse, City of Rochester, New York, on the **18th day of September, 2024, at 3:00 p.m.** of that day, thereafter said JAVIER DAVILA, is to be:

    __X__ returned to his place of confinement.

    _____ retained in federal custody.

DATED: Rochester, New York, September 13, 2024.

Respectfully submitted,

TRINI E. ROSS
United States Attorney
Western District of New York

BY:    *s/ Robert A. Marangola*
ROBERT A. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 263-6760
Robert.Marangola@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2024.