The Law Office of
# JAMES L. RIOTTO II

William M. Swift, *Associate Attorney*

September 16, 2024

Honorable Marian W. Payson
United States District Court
Western District of New York
100 State Street
Rochester, NY 14614

**Re:**  *United States v. Donde Lindsay*
24-MJ-4013

Dear Judge Payson:

Mr. Lindsay is scheduled to appear for a Status Conference on Wednesday, September 18, 2024 at 2:45 pm.  I am writing to request a thirty (30) day adjournment.

I recently received discovery in this case and will require time to review this material, meet with my client, and discuss any potential pretrial resolution with the government.

Therefore, based on the foregoing, I respectfully request a thirty (30) day adjournment. I did speak with AUSA, Robert Marangola, and it is my understanding she does not oppose the request.

The Defendant, continues to reserve his right for a preliminary/detention hearing and for purposes of the speedy trial statute, requests the continuance and waives the period pursuant to 18 § 3161(h)(7).

Thank you for your consideration.

Very truly yours,

*s/s William M. Swift*

2 | P a g e

WILLIAM M. SWIFT

cc:     AUSA, Robert Marangola