UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DONDE LINDSAY,

        Defendant.

ORDER

Case No. 24-MJ-4013

The motion for an adjournment is granted. (Docket #186). The status conference shall be adjourned until 10/17/24 at 9:30 am

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to review discovery, engage in plea negotiations with the government and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
    Sept. 17, 2024