UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWNLE MCCLARY,

        Defendant.

ORDER

Case No. 24-mj-4013

---

The motion for an adjournment is granted. (Docket #   ). The status conference shall be adjourned until 11/13/24, at 10:00 am. *Defendant reserves his rights to a detention hearing and preliminary hearing but does not request that either be scheduled at this time.*

At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to *renew voluntary discovery provided by the government* ~~continue plea negotiations with the government~~ and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

                                            /s/ Marian W. Payson
                                            MARIAN W. PAYSON
                                            United States Magistrate Judge

Dated: Rochester, New York
       Oct 9, 2024