UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                                                       24-MJ-4013

**JAVIER DAVILA a/k/a "Javi"**

Defendant.

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, JAVIER DAVILA a/k/a "Javi", was involved in crimes against the United States, a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(c)(1)(A). He is incarcerated at the Monroe County Jail in Rochester, New York. His presence is required at the United States Attorney's Office in Rochester, New York, for an attorney meeting. The defendant's attorney, David R. Morabito, Esq., consents to the attorney conference and will be participating in it.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York and/or agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to take the said JAVIER DAVILA a/k/a "Javi" into their custody and bring him to the United States Attorney's Office, City of Rochester, New York, on the 16th of October, 2024,

at 2:00 o'clock in the afternoon of that day, thereafter the said JAVIER DAVILA a/k/a "Javi" is to be returned to his place of confinement.

DATED: Rochester, New York, October 16, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

By:   *s/Robert A. Marangola*
        ROBERT A. MARANGOLA
        Assistant U.S. Attorney
        United States Attorney's Office
        Western District of New York
        500 Federal Building
        100 State Street
        Rochester, New York 14614
        (585) 399-3980

IT IS SO ORDERED:

*Marian W. Payson*
HONORABLE MARIAN W. PAYSON
United States Magistrate Court Judge

DATED: October 16, 2024.