UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY JACKSON,

        Defendant.

---

ORDER

Case No. 24-mj-4013

    The motion for an adjournment is granted. (Docket #202). The status conference shall be adjourned until 12/18/24, at 9:30 a.m.

    At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date for the status conference because I find that the defendant's, the government's, and the public's interests in a speedy trial are outweighed by the defendant's interest in having sufficient time to ~~continue plea negotiations with the government~~ renew the extensive voluntary discovery provided by the government and to obtain the continued assistance of counsel.

IT IS SO ORDERED.

                                                *Marian W. Payson*
                                                MARIAN W. PAYSON
                                                United States Magistrate Judge

Dated: Rochester, New York
        Nov. 13, 2024