**BRYAN S. OATHOUT, ESQ.**
ATTORNEY AT LAW
45 EXCHANGE BLVD, SUITE 260
ROCHESTER, NY 14614

November 15, 2024

Honorable Marian W. Payson
U.S. District Court Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: United States v. Gary Fuller
24-MJ-4013

Dear Judge Payson:

    I represent Mr. Fuller before Your Honor.

    We currently have a court date of November 19, 2024, at 1:30pm for a status update.

    I am continuing to review the extensive discovery provided by the Government and have discussions with Mr. Fuller.

    It is my understanding, from review of Attorney Maurice Verillo's letter request for an adjournment on behalf of his client Timothy Jackson, that further discovery is forthcoming.

    I would respectfully request additional time to review the discovery and have further discussions with my client and AUSA Robert Marangola. My request would be for approximately 45 days for a status conference. I would have no objection to the matter being placed on the same date and time as that of Mr. Verillo's client, that being December 18, 2024, at 9:30am before Your Honor.

    I have spoken with AUSA Robert Marangola and he has no objection to my request for an adjournment. Likewise, Mr. Fuller agrees with my adjournment request.

    I would waive the applicable time limits for the period of this adjournment in the Interests of Justice.

    Please let me know if my request can be granted. I can be reached at 317-2211. Thank you in advance for your consideration.

Sincerely

Bryan Oathout, Esq.
Attorney for Gary Fuller

Cc: Robert Marangola, Esq.
Assistant U.S. Attorney