**BRYAN S. OATHOUT, ESQ.**
ATTORNEY AT LAW
45 EXCHANGE BLVD, SUITE 260
ROCHESTER, NY 14614

March 19, 2025

Honorable Colleen D. Holland
U.S. Magistrate Judge
2310 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: United States v. Gary Fuller
24-MJ-4013

Dear Judge Holland:

I represent Mr. Fuller before Your Honor.

We currently have a court date of March 25, 2025, at 10:00am for the status conference.

I am continuing to review the two-terabyte hard drive of discovery with respect to Mr. Fuller's matter.

I would like additional time in which to review the discovery, as well as speak with Mr. Fuller regarding the offer in this case.

I would thus respectfully request an adjournment for approximately 45 days of the appearance currently set for March 25, 2025.

I have spoken with AUSA Robert Marangola and he has no objection to my request for an adjournment.

I would waive the applicable time limits for the period of this adjournment in the Interests of Justice. I would further request that the Court continue to reserve Mr. Fuller's right to a detention hearing. Mr. Fuller is not requesting a preliminary hearing currently.

Please let me know if my request can be granted. I can be reached on phone number 317-2211. Thank you in advance for your consideration.

Sincerely,

Bryan Oathout, Esq.
Attorney for Gary Fuller

Cc: Robert Marangola, Esq.
Assistant U.S. Attorney